Nick Pacheco, Esq. (SBN 173391)
nickpacheco@nickpachecolaw.com
**NICK PACHECO LAW GROUP, APC**
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888) 888-8641
Facsimile:  (800) 210-0028

Attorneys for Plaintiff
Epifanio Villanueva Corrales

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIFANIO VILLANUEVA CORRALES, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>CENTRAL MORTGAGE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CENTRAL MORTGAGE LOAN SERVICING COMPANY and DOES 1 through 20, Inclusive,<br><br>      Defendants. | Case No.: 5:13-CV-05601-EJD<br><br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(i)** |

    **PLEASE TAKE NOTICE** that Plaintiff EPIFANIO VILLANUEVA CORRALES, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action, *without prejudice* as to all defendants.

    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

    (a)  VOLUNTARY DISMISSAL

        (1) By the Plaintiff.

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

(A) Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2 and 66 and

any applicable federal statute, the plaintiff may dismiss an action without a

court order by filing;

(i)  a notice of dismissal before the opposing party serves either an answer

or motion for summary judgment.

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary

judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of

the Court.

All attorneys' fees and costs of court are to be borne by the party that incurred them.

The Clerk shall close this file.

Date: February 4, 2014                                   By: ___/S/_NICK PACHECO_____
                                                                           NICK PACHECO, ESQ.
                                                                           Attorney for Plaintiff
                                                                           EPIFANIO VILLANUEVA
                                                                           CORRALES

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

T. Robert Finlay, Esq.
rfinlay@wrightlegal.net
Richard J. Lee, Esq.
rlee@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: 949-477-5050
Fax: 949-608-9142

Ronald M. Arlas, Esq.
rarlas@wrightlegal.net
WRIGHT, FINLAY & ZAK, LLP
907 Sir Francis Drake Blvd.
Kentfield, CA 94904
Tel: 415-230-4350
Fax: 415-455-0370

I also caused the foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(i)** to be served by U.S. Mail with postage prepaid upon the parties.

A copy to chambers was also sent with Notice of Electronic Filing via GSO on February 4, 2014.

Hon. Edward J. Davila
San Jose Courthouse-Courtroom 4 – 5th Floor
280 South 1st Street, San Jose, CA 95113

Date: February 4, 2014                    By: ___/s/ Giovanni Benavidez_____
                                                        Giovanni Benavidez

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE